

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: D.D, | | No. 08-22-00203-CV |
| | § | |
| | | AN ORIGINAL PROCEEDING |
| | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

## **O R D E R**

The Court GRANTS the Real Parties in Interest's second motion for extension of time within which to file the response until **December 5, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTIES IN INTEREST'S RESPONSE WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John L. Williams, the Real Parties in Interest's attorney, prepare the Real Parties in Interest's response and forward the same to this Court on or before December 5, 2022.

IT IS SO ORDERED this 28th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.